**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7785**

_____

HORACE GANT,

                                    Plaintiff - Appellant,

        versus

DEPARTMENT   OF   CORRECTIONS;   ROY   COOPER,
Attorney  General  for  the  State  of  North
Carolina,

                                    Defendants - Appellees.

_____

Appeal  from  the  United  States  District  Court  for  the  Eastern
District  of  North  Carolina,  at  Raleigh.  Malcolm  J.  Howard,  District
Judge.   (CA-02-627-5-H)

_____

Submitted:  February 6, 2003        Decided:  February 12, 2003

_____

Before WILKINS, MICHAEL, and SHEDD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Horace Gant, Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Horace Gant appeals the district court's orders dismissing his 42 U.S.C. § 1983 (2000) complaint as frivolous; and denying his Fed. R. Civ. P. 60(b) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Gant v. Dep't of Corr., No. CA-02-627-5-H (E.D.N.C. filed Sept. 27, 2002 & entered Oct. 1, 2002; filed Nov. 4, 2002 & entered Nov. 5, 2002). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED